IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

MIDLAND DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal.  Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

---

**STATE COURT INFORMATION:**

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

   Waste Control Specialists LLC v. EnergySolutions, LLC
   Cause No. 19,787
   109th Judicial District Court, Andrews County, Texas

2. Was jury demand made in State Court?   Yes ☐   No ☒

   If yes, by which party and on what date?

   _____    _____
   Party Name                                                                              Date

---

**STATE COURT INFORMATION:**

1. List all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   Van H. Beckwith, John B. Lawrence, Melissa A. Hurter, BAKER BOTTS L.L.P., 2001 Ross Avenue, Suite 600, Dallas, Texas 75201, Phone: (214) 953-6500, Fax: (214) 953-6503, Attorneys for Plaintiff Waste Control Specialists LLC

   John L. Pool, THE LAW OFFICE OF JOHN L. POOL, 117 NW Ave. A, Andrews, Texas 79714, Phone: (432)523-4145, Fax: (432)523-4496, Attorney for Plaintiff Waste Control Specialists LLC

   Noelle M. Reed, Heather A. Lohman, SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP, 1000 Louisiana, Suite 6800, Houston, Texas 77002, Phone: (713) 655-5122, Fax: (713) 483-9122, Attorneys for Defendant EnergySolutions, LLC

   John A. Davis, Jr., Jill C. Pennington, DAVIS, GERALD & CREMER, 400 West Illinois, Suite 1400, Midland, TX 79701, Phone: (432) 687-0011, Fax: (432) 687-1735, Attorneys for Defendant EnergySolutions, LLC

TXWD - Supplement to JS 44 (Rev. 10/2004)

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

   N/A

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

   N/A

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS:**

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

   EnergySolutions, LLC asserts a counterclaim against Waste Control Specialists LLC for violation of the Sherman Act, 15 U.S.C. § 2.

   Van H. Beckwith, John B. Lawrence, Melissa A. Hurter, BAKER BOTTS L.L.P., 2001 Ross Avenue, Suite 600, Dallas, Texas 75201, Phone: (214) 953-6500, Fax: (214) 953-6503, Attorneys for Plaintiff Waste Control Specialists LLC

   John L. Pool, THE LAW OFFICE OF JOHN L. POOL, 117 NW Ave. A, Andrews, Texas 79714, Phone: (432)523-4145, Fax: (432)523-4496, Attorney for Plaintiff Waste Control Specialists LLC

   Noelle M. Reed, Heather A. Lohman, SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP, 1000 Louisiana, Suite 6800, Houston, Texas 77002, Phone: (713) 655-5122, Fax: (713) 483-9122, James Keyte, Marissa Troiano, SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP, 4 Times Square, New York, NY 10036, Phone: (212) 735-3000, Fax: (212) 735-2000\1, Attorneys for Defendant EnergySolutions, LLC

   John A. Davis, Jr., Jill C. Pennington, DAVIS, GERALD & CREMER, 400 West Illinois, Suite 1400, Midland, TX 79701, Phone: (432) 687-0011, Fax: (432) 687-1735, Attorneys for Defendant EnergySolutions, LLC

**VERIFICATION:**

/s/ Noelle M. Reed                                         March 13, 2015
Attorney for Removing Party                                Date


EnergySolutions, LLC
Party/Parties