# EXHIBIT 1



February 10, 2015

**Via Overnight Delivery**

Waste Control Specialists LLC
Three Lincoln Centre
Suite 1700
5430 LBJ Freeway
Dallas, Texas 75420
Attention: Jane Grimm

Dear Ms. Grimm,

We have received several reports from customers that you are attempting to undermine EnergySolutions in the marketplace by telling them about your threats to not renew the disposal agreement between Waste Control Specialists ("WCS") and EnergySolutions, under which WCS has disposed of EnergySolutions' (and its predecessor, Studsvik's) Class B and C waste for many years at its Texas Compact Waste Disposal Facility. WCS's comments to prospective customers and any potential decision by WCS to terminate our longstanding and mutually profitable relationship appears to be nothing more than a blatant attempt to eliminate competition for the disposal of high activity resins. WCS's conduct, motivated by naked monopolistic intent, exposes WCS to the risk of a government investigation into WCS's compliance with federal and state antitrust and other regulations, including Texas Health & Safety Code Title 5, Subtitle D, Section 401.2456(d), or private action from EnergySolutions and others adversely affected by WCS's actions.

We hereby demand that WCS immediately cease its illegal attempt to undermine EnergySolutions and cease spreading rumors of WCS's anticompetitive intentions to EnergySolutions' customers. If WCS refuses to bring its actions in accordance with the law, EnergySolutions will be forced to seek injunctive relief against WCS.

Very truly yours,

EnergySolutions, LLC

By: _____
Russ Workman
General Counsel

cc:  Noelle Reed, Skadden, Arps, Slate, Meagher & Flom LLP
     Ken Schwartz, Skadden, Arps, Slate, Meagher & Flom LLP